DAVIS
*vs.*
CURTIS.

If there be no bond given on the appeal, it will be dismissed.

## DAVIS *vs.* CURTIS.

APPEAL from the court of the sixth district.

PORTER, J. delivered the opininion of the caurt. The appellee moves to dismiss this appeal because no bond has been filed for the costs. The obligation which is in the record and which was perhaps executed for that purpose, appears to have a reference to another suit, and is no security in this.

It is therefore ordered, adjudged and decreed, that the appeal be dismissed with costs.

*Thomas* for the plaintiff, *Baldwin* for the defendant.